# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN GERAGHTY<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.<br><br>　　　　Defendant(s) | CASE No 3:17-cv-06006-JST<br><br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

> *Note:* Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you *must* file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☐ other requested deadline:

Date: 1/10/18　　　　/s/ David M. Poore
　　　　　　　　　　Attorney for Plaintiff

Date: 1/10/18　　　　/s/ Gary T. Lafayette
　　　　　　　　　　Attorney for Defendant

---

■ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS

Date: January 10, 2018

　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*