1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (SBN 88666)
2  BRIAN H. CHUN (SBN 215417)
3  1300 Clay Street, Suite 810
   Oakland, California 94612
4  Telephone:  (415) 357-4600
   Facsimile:  (415) 357-4605
5
6  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY
7  OF AMERICA

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 COLLEEN GERAGHTY,                    Case No. 3:17-cv-06006-JST

12            Plaintiff,               **STIPULATION AND REQUEST TO
                                       CONTINUE CASE MANAGEMENT
13     v.                             CONFERENCE AND RELATED CASE
                                       DEADLINES; [PROPOSED] ORDER**
14 THE PRUDENTIAL INSURANCE
   COMPANY OF AMERICA; PRUCO          Complaint Filed:  October 19, 2017
15 SECURITIES; RYAN MOONEY, and
   DOES 1 to 10,
16
            Defendants.
17

18

19

20              **STIPULATION AND REQUEST**

21     Plaintiff Colleen Geraghty ("Plaintiff") and Defendant The Prudential Insurance

22 Company of America ("Defendant") (collectively, the "Parties") through their respective counsel

23 hereby stipulate as follows:

24     WHEREAS the last day for Defendant to file a response to Plaintiff's Complaint is

25 January 17, 2018;

26     WHEREAS the Standing Order for Certain Employment Cases Pending Before United

27 States District Judge Jon S. Tigar (Document 17-2) ("Standing Order") requires that the parties

28 produce certain documents and information within 30 days following Defendant's submission of

L A F A Y E T T E  &  K U M A G A I  L L P
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

a responsive pleading or motion, i.e., by February 16, 2018;

WHEREAS the Standing Order further provides that "[t]he parties shall use the documents and information exchanged in accordance with the Initial Discovery Protocols to prepare the F.R.C.P. 26(f) discovery plan";

WHEREAS Defendant needs an additional three weeks beyond February 16, 2018 to comply with the Standing Order's required production of documents and information;

WHEREAS the deadline for the Parties to participate in a Rule 26(f) conference was January 3, 2018;

WHEREAS a Joint Case Management Statement, which will include the Parties' discovery plan, is currently due on January 16, 2018;

WHEREAS a Case Management Conference is currently scheduled for January 24, 2018; and;

WHEREAS in order to comply with the Standing Order's requirement that the parties use the documents and information exchanged in accordance with the Initial Discovery Protocols to prepare a discovery plan, the Parties agree that a continuance of the Case Management Conference is necessary;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by and between the Parties through their respective attorneys of record that (1) the deadline for the Parties to produce certain documents and information pursuant to the Initial Discovery Protocols be extended to March 9, 2018, (2) the deadline for the Parties to participate in a Rule 26(f) conference be continued to March 28, 2018; (3) the deadline for the Parties to file a Joint Case Management Statement be continued to April 11, 2018, and (4) the Case Management Conference be continued to April 18, 2018.


DATED:  January 10, 2018                    BROWN POORE LLP


                                            _/s/ David M. Poore_____
                                            DAVID M. POORE
                                            Attorneys for Plaintiff
                                            COLLEEN GERAGHTY

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

DATED: January 10, 2018                    LAFAYETTE & KUMAGAI LLP


                                           _/s/ Gary T. Lafayette_____
                                           GARY T. LAFAYETTE
                                           Attorney for Defendant
                                           THE PRUDENTIAL INSURANCE COMPANY
                                           OF AMERICA




                            **SIGNATURE ATTESTATION**

        I hereby attest that I have obtained the concurrence of David M. Poore, counsel for

Plaintiff, for the filing of this stipulation.


                                           _/s/ Gary T. Lafayette_____
                                           GARY T. LAFAYETTE



                                   **ORDER**

        Good cause appearing therefor and pursuant to the parties' stipulation, it is hereby

ORDERED that (1) the deadline for the Parties to produce certain documents and information

pursuant to the Initial Discovery Protocols is extended to March 9, 2018, (2) the deadline for the

Parties to participate in a Rule 26(f) conference is continued to March 28, 2018; (3) the deadline

for the Parties to file a Joint Case Management Statement is continued to April 11, 2018, and (4)

the Case Management Conference is continued to April 18, 2018 at 2:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  __January 11_____, 2018    _____
                                      JON S. TIGAR
                                      United States District Judge

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605